1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHAEL M. BECKWITH
   Assistant U.S. Attorney
3  501 "I" Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2797

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:11-CR-00211-MCE |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | RESETTING STATUS CONFERENCE, |
| v. | ) | AND EXCLUDING TIME UNDER THE |
| | ) | SPEEDY TRIAL ACT |
| MASOD JOHN RAHIMI, and | ) | |
| MONSORE RAHIMI, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

The United States of America, through its counsels of record, Benjamin B. Wagner, United States Attorney for the Eastern District of California, and Michael M. Beckwith, Assistant United States Attorney, defendant Masod John Rahimi, through his counsel of record, Gina Tennen, and Monsore Rahimi, through his counsel of record, Vitaly B. Segal, request that the status conference set for January 26, 2012, be continued to March 22, 2012, at 9:00 a.m. and stipulate that the time beginning January 26, 2012, and extending through March 22, 2012, should be excluded from the calculation of time under the Speedy Trial Act.

///

1

The parties submit that the ends of justice are served by the Court excluding such time, so that counsel for each defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4.

The parties are still in the process of discussing and negotiating the various plea offers in this case. Each defendant will need time to consider his offer in light of the additional discovery. As such, the parties need additional time to prepare.

IT IS SO STIPULATED.

                                                            BENJAMIN B. WAGNER
                                                            United States Attorney

Dated: January 20, 2012       By:  /s/ Michael M. Beckwith
                                                       MICHAEL M. BECKWITH
                                                       Assistant U.S. Attorney
                                                       Attorney for Plaintiff

DATED: January 20, 2012       By:  /s/ Gina Tennen
                                                       GINA TENNEN
                                                       Attorney for Defendant
                                                       MASOD JOHN RAHIMI

DATED: January 20, 2012       By:  /s/ Vitaly B. Segal
                                                       VITALY B. SEGAL
                                                       Attorney for Defendant
                                                       MONSORE RAHIMI

**ORDER**

UPON GOOD CAUSE SHOWN and by stipulation of all parties, it is hereby ordered that this matter be set for further status conference as set forth above.

The interests of justice in granting this reasonable request for a continuance outweighs the best interests of the public and defendants for a speedy trial in this case, corresponding to Local Code T-4 (to allow defense counsel time to prepare). The Court therefore finds excludable time as set forth above to and including March 22, 2012.

**IT IS SO ORDERED.**

Dated: January 23, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE