1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHAEL M. BECKWITH
   Assistant U.S. Attorney
3  501 "I" Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2797

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-cr-00211-MCE |
| Plaintiff, | STIPULATION AND ORDER RESETTING STATUS CONFERENCE, AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| MASOD JOHN RAHIMI, and MONSORE RAHIMI, | |
| Defendants. | |

The United States of America, through its counsels of record, Benjamin B. Wagner, United States Attorney for the Eastern District of California, and Michael M. Beckwith, Assistant United States Attorney, defendant Masod John Rahimi, through his counsel of record, Gina Tennen, and Monsore Rahimi, through his counsel of record, Vitaly B. Segal, request that the status conference set for January 26, 2012, be continued to March 22, 2012, at 9:00 a.m. and stipulate that the time beginning January 26, 2012, and extending through March 22, 2012, should be excluded from the calculation of time under the Speedy Trial Act.

1

The parties submit that the ends of justice are served by the Court excluding such time, so that counsel for each defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4.

The parties are still in the process of discussing and negotiating the various plea offers in this case. Each defendant will need time to consider his offer in light of the additional discovery. As such, the parties need additional time to prepare.

IT IS SO STIPULATED.

BENJAMIN B. WAGNER
United States Attorney

Dated: January 20, 2012    By: /s/ Michael M. Beckwith
                               MICHAEL M. BECKWITH
                               Assistant U.S. Attorney
                               Attorney for Plaintiff

DATED: January 20, 2012    By: /s/ Gina Tennen
                               GINA TENNEN
                               Attorney for Defendant
                               MASOD JOHN RAHIMI

DATED: January 20, 2012    By: /s/ Vitaly B. Segal
                               VITALY B. SEGAL
                               Attorney for Defendant
                               MONSORE RAHIMI

| | |
|---|---|
| 1 | **ORDER** |
| 2 | UPON GOOD CAUSE SHOWN and by stipulation of all parties, it is |
| 3 | hereby ordered that this matter be set for further status conference |
| 4 | as set forth above. |
| 5 | The Court finds excludable time as set forth above to and |
| 6 | including March 22, 2012. |
| 7 | |
| 8 | **IT IS SO ORDERED.** |
| 9 | |
| 10 | Dated: January 24, 2012 |

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE