Gina R. Tennen, Esq. CSB. 243486
LibertyBell Law Group, P.C.
245 E. Olive Ave., 4th Floor
Burbank, CA 91502
ginatennen@libertybelllaw.com
(818) 563-2355
(818) 748-1515
Attorney for Masod John Rahimi
　　Retained

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　vs<br>MASOD JOHN RAHIMI and MONSORE RAHIMI ,<br>　　　　Defendants. | Case No. 2:11-cr-00211<br><br>**STIPULATED MOTION TO CONTINUE STATUS CONFERENCE** |

**COMES NOW** the Defendants, **Masod John Rahimi and Monsore Rahimi**, by and though his attorney undersigned, and hereby moves this Court for continuance of Status Conference currently scheduled for, March 22, 2012, at 9:00 a.m., in Courtroom 7, to May 17, 2012, at 9:00 a.m., in Courtroom 7, before the Honorable Judge Morrison C. England, Jr., and stipulate that the time beginning March 22, 2012, and extending through May 17, 2012, should be excluded from the calculation of time under the Speedy Trial Act.

**STIPULATED MOTION TO CONTINUE STATUS CONFERENCE**

1

The parties submit that the ends of justice are served by the Court excluding such time, so that counsel for each defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4.

The parties are still in the process of discussing and negotiating the various plea offers in this case. Each defendant will need time to consider his or her offer in light of the additional discovery. As such, the attorneys for each defendant need more time to prepare, which will include reviewing discovery, discussing that discovery with their respective clients, considering new evidence that may affect the disposition of this case, conducting necessary legal research and investigation, and then discussing with their clients how to proceed.

In addition, Assistant United States Attorney, Michael Beckwith, has been notified of this continuance and expressed no objection. Counsel respectfully makes this request in order for defense counsel to reasonably exercise its diligence in trying to prepare for trial in this case or come to a negotiation with the Government, and not sought for dilatory purposes. This request is made in good faith on the grounds that a postponement is essential to the integrity of the judicial process and as a preservation of the rights of the parties.

For the above-stated reasons, a continuance to March 17, 2012, will conserve time and resources for both parties and the Court. The parties stipulate and agree that any delay resulting from this continuance shall be excluded in the interests of justice, and the ends of justice in endorsing this stipulation through formal order outweigh the best interests of defendants and the public in a speedy trial. See 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

**STIPULATED MOTION TO CONTINUE STATUS CONFERENCE**

2

For the foregoing reasons Defendants, Masod John Rahimi and Monsore Rahimi, Plaintiff, The United States of America, by and though their respective counsel, Gina Tennen, Esq. and Vitaly Sigal, esq., request that this Continuance be considered and granted.

RESPECTFULLY SUBMITTED,

DATE: March 19, 2012                By: ___/s/_ Gina Tennen_____
                                    GINA TENNEN, ESQ.
                                    Attorney for Masod John Rahimi

DATE: March 19, 2012                By: _____/s/__ Vitaly Sigal_____
                                    VITALY SIGAL, ESQ.
                                    Attorney for Monsore Rahimi

DATE: March 19, 2012                By: ___/s/ Michael M. Beckwith_____
                                    MICHAEL M. BECKWITH, ESQ
                                    Attorney for United States

**STIPULATED MOTION TO CONTINUE STATUS CONFERENCE**
3

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br>vs<br>MASOD JOHN RAHIMI and<br>MONSORE RAHIMI,<br>        Defendants. | Case No. 2:11-cr-00211<br><br>STIPULATED MOTION TO CONTINUE STATUS CONFERENCE<br><br>[ORDER] |

**GOOD CAUSE APPEARING**, it is hereby stipulated that the Status Conference presently set for Wednesday, March 22, 2012, at 9:00 a.m., be continued to May 17, 2012, at 9:00 a.m. The interest of justice in granting this request for a continuance outweighs the best interest of the public and defendants for a speedy trial in this case, corresponding to Local Code T-4. The Court therefore finds excludable time as set forth above to and including May 17, 2012.

**IT IS SO ORDERED.**

DATED: March 28, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE