Vitaly B. Sigal, Esq. S.B.N. 198623
**SIGAL**
**LAW GROUP**
15250 Ventura Blvd., Suite PH-1220
Sherman Oaks, CA 91403
Telephone: (818) 325-0570
Facsimile: (818) 325-0571

Attorney for Defendant, MONSORE RAHIMI

# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>MANSORE RAHIMI<br><br>Defendant. | Case No.: 2:11-CR-00211-02<br><br>**STIPULATION AND ORDER TO EXTEND THE TIME FOR SELF SURRENDER OF DEFENDANT MANSORE RAHIMI** |

///

///

1

The parties hereby stipulate and agree that Defendant, MANSORE RAHIMI'S voluntary surrender date, previously set for April 10, 2013 at 2:00 p.m. be extended to May 10, 2013 at 2:00 p.m. Surrender is to take place at a designated custody facility or the United States Marshal's office pursuant to instruction given to the Defendant by the United States Marshal Service. The request for the extension is needed because of the fact that certain medical paperwork to facilitate the Defendant's surrender to a designated custody facility is not yet ready. This delay is not being caused by the Defendant.

So stipulated:

Dated: April 9, 2013 /s/ Michael M. Beckwith

**MICHAEL M. BECKWITH**
**ASSISTANT U.S. ATTORNEY**
**ATTORNEY FOR PLAINTIFF**

Dated: April 9, 2013 /s/ Vitaly B. Sigal

**VITALY B. SIGAL**
**ATTORNEY FOR DEFENDANT**
**MANSORE RAHIMI**

# ORDER

**UPON GOOD CAUSE BEING SHOWN AND BY STIPULATION OF THE PARTIES** the court orders that the date for Defendant's self-surrender is extended to May 10, 2013 at 2:00 p.m. The Defendant is to surrender to a facility designated by the Bureau of Prisons or to the custody of the U.S. Marshals Service (USM) as designated by the United States Marshals Service.

IT IS SO ORDERED.

DATED: APRIL 10, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE